THOMAS M. HOIDAL
Law Office of Thomas M. Hoidal, P.L.C.
7227 N. 16th St., Suite 222
Phoenix, AZ  85020-5257
thoidal@hoidallawoffice.com
State Bar No. 007194
Telephone: (602) 254-0202
Facsimile:  (602) 254-0404

Attorney for Defendant JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>　v.<br>Timothy Russell Johnson,<br>　　　　　　　Defendant. | Case No. **CR10-00379-001-PHX-SRB**<br><br>**DEFENDANT JOHNSON'S REQUESTED JURY INSTRUCTIONS** |

　　　Defendant, Timothy Russell Johnson, by and through his counsel, Thomas M. Hoidal, respectfully submits the following jury instructions in accordance with Rules 2.16 and 4.17 of the Rules of Practice of the United States Court for the District of Arizona, and Rule 30 of the Federal Rules of Criminal Procedure.  Mr. Johnson reserves his right to offer additional jury instructions before the case is submitted to the jury.

　　　Mr. Johnson moves the court to inform counsel of its proposed action upon these submitted instructions prior to closing arguments to the jury pursuant to Federal Rules of Criminal Procedure, Rule 30.

　　　Defendant Johnson requests the following instructions from the Ninth Circuit Model Jury Instructions (2003 Edition).

| | I. | **Preliminary Instruction:** | |
|---|---|---|---|
| | | 1.1 | Duty of Jury |
| | | 1.2 | The Charge – Presumption of Innocence |
| | | 1.3 | What is Evidence |
| | | 1.4 | What is Not Evidence |
| | | 1.5 | Direct and Circumstantial Evidence |
| | | 1.6 | Ruling on Objections |
| | | 1.7 | Credibility of Witnesses |
| | | 1.8 | Conduct of the Jury |
| | | 1.9 | No Transcript Available to Jury |
| | | 1.10 | Taking Notes |
| | | 1.11 | Outline of Trial |
| | | 1.13 | Separate Consideration for Each Defendant |
| | II. | **Instructions In The Course of Trial:** | |
| | | 2.1 | Cautionary Instructions – First Recess |
| | | 2.2 | Bench Conferences and Recesses |
| | | 2.3 | Stipulated Testimony |
| | | 2.4 | Stipulations of Fact |
| | | 2.7 | Transcript of Recording in English |
| | | 2.10 | Other Crimes, Wrongs or Acts Evidence |
| | | 2.11 | Evidence for Limited Purpose |
| | | 2.12 | Dismissal of Some Charges Against Defendant |
| | | 2.13 | Disposition of Charge Against Codefendant |
| | III. | **Instructions At End of Case:** | |
| | | 3.1 | Duties of Jury to Find Facts and Follow Law |
| | | 3.2 | Charge Against Defendant Not Evidence – Presumption of Innocence – Burden of Proof |
| | | 3.3 | Defendant's Decision Not to Testify |

| | | |
|---|---|---|
| 1 | 3.4 | Defendant's Decision to Testify |
| 2 | 3.5 | Reasonable Doubt – Defined |
| 3 | 3.6 | What is Evidence |
| 4 | 3.7 | What is Not Evidence |
| 5 | 3.8 | Direct and Circumstantial Evidence |
| 6 | 3.9 | Credibility of Witnesses |
| 7 | 3.10 | Activities Not Charged |
| 8 | 3.13 | Separate Consideration of Multiple Counts – Multiple Defendants |
| 9 | 3.14 | Lesser Included Offense |
| 10 | 4.1 | Statements by Defendant |
| 11 | 4.3 | Other crimes, Wrongs or Acts of Defendant |
| 12 | 4.4 | Character of Defendant |
| 13 | 4.8 | Impeachment Evidence – Witness |
| 14 | 4.9 | Testimony of Witnesses Involving Special Circumstances – |
| 15 | | Immunity, Benefits, Accomplice, Plea |
| 16 | 4.10 | Government's Use of Undercover Agents and Informants |
| 17 | 4.11 | Eyewitness Identification |
| 18 | 5.1 | Aiding and Abetting |
| 19 | 5.6 | Knowingly—Defined |
| 20 | 7.1 | Duty to Deliberate |
| 21 | 7.2 | Consideration of Evidence |
| 22 | 7.3 | Use of Notes |
| 23 | 7.4 | Jury Consideration of Punishment |
| 24 | 7.5 | Verdict Form |
| 25 | 7.6 | Communication With Court |
| 26 | 8.58 | Firearms – False Statement or Identification in Acquisition or |
| 27 | | Attempted Acquisition (as modified) |
| 28 | | |

RESPECTFULLY SUBMITTED this __4th__ day of January, 2011.

                                   Law Office of Thomas M. Hoidal, P.L.C.

                                   s/ Thomas M. Hoidal
                                   THOMAS M. HOIDAL
                                   Attorney for Defendant JOHNSON

I hereby certify that on __January 4, 2011__, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

       Tracy Lyn Van Buskirk         tracy.van.buskirk@usdoj.gov

       David Lee Titterington         Lee_Titterington@fd.org

A copy of the foregoing mailed this same date to:

       Timothy Johnson
       *Defendant*

s/ Thomas M. Hoidal