THOMAS M. HOIDAL
Law Office of Thomas M. Hoidal, P.L.C.
7227 N. 16th St., Suite 222
Phoenix, AZ 85020-5257
thoidal@hoidallawoffice.com
State Bar No. 007194
Telephone: (602) 254-0202
Facsimile: (602) 254-0404
Attorney for Defendant JOHNSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Timothy Russell Johnson,

Defendant.

Case No. **CR10-00379-001-PHX-SRB**

**DEFENDANT JOHNSON'S REQUESTED SUPPLEMENTAL JURY INSTRUCTIONS**

Defendant Timothy Russell Johnson, by and through his counsel, Thomas M. Hoidal, respectfully requests that the Court give the following supplemental proposed jury instructions in addition to the Court's standard instructions.

RESPECTFULLY SUBMITTED this 31st day of January, 2011.

Law Office of Thomas M. Hoidal, P.L.C.

s/ Thomas M. Hoidal
THOMAS M. HOIDAL
Attorney for Defendant JOHNSON

I hereby certify that on January 31, 2011, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

Tracy Lyn Van Buskirk tracy.van.buskirk@usdoj.gov

David Lee Titterington Lee_Titterington@fd.org

A copy of the foregoing mailed this same date to:

Timothy Johnson
*Defendant*

s/ Thomas M. Hoidal

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. ____**

Defendant Timothy Russell Johnson is charged in Counts 1 and 2 of the indictment with making a false statement with respect to information required to be kept by a firearms dealer in violation of section 924(a)(1)(A) of Title 18 of the United States Code. In order for the defendants to be found guilty of this crime, the government must prove each of the following elements beyond a reasonable doubt:

(1) the defendant made a false statement or representation in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record.

(2) Form 4473 is a record required to be kept by a licensed firearms dealer;

(3) the defendant knew that the statement or representation on Form 4473 was false when made; and

(4) the false statement was intended or likely to deceive with respect to any material fact.

An entry in a record is "false" if it was untrue when made and the person making it knew it was untrue.

APPROVED ______________

DENIED ______________

MODIFIED ______________

SOURCE: 18 U.S.C. § 924(a)(1)(A)

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. ____**

If the false statement or representation alleged in Counts 1 and 2 was made in response to an ambiguous question on Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, then the government must prove beyond a reasonable doubt that there is no reasonable interpretation of the question that would make the defendant's statement factually correct. In other words, if a question on a government form can be interpreted in more than one way, then the government must prove beyond a reasonable doubt that the defendant's answer was false under any reasonable interpretation.

APPROVED ______________

DENIED ______________

MODIFIED ______________

SOURCE: United States v. Manapat, 928 F.2d 1097 (11th Cir. 1991)

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. ____**

**Firearm Offenses – Firearm Defined**

The term "firearm" means any weapon which will expel, or is designed to or may readily be converted to expel, a projectile by the action of an explosive.

APPROVED ______________

DENIED ______________

MODIFIED ______________

SOURCE: Third Circuit Criminal Jury Instructions, 6.18.922A-2 (2009)

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. ____**

**"Licensed firearms dealer" – Defined**

The term "licensed firearms dealer" means any person involved in the business of selling firearms, either wholesale or retail, and who is licensed according to federal law.

APPROVED _____________

DENIED _____________

MODIFIED _____________

SOURCE: O'Malley, Grenig & Lee, Federal Jury Practice and Instructions § 39:04 (6th Ed. 2009)

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. ____**

**Firearm Offenses – Material Fact Defined**

A material fact is one which would reasonably be expected to be of concern to a reasonable and prudent person in connection with the sale of the firearm.

APPROVED ______________

DENIED ______________

MODIFIED ______________

SOURCE: Third Circuit Criminal Jury Instructions, 6.18.922A-3 (2009)

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. ____**

**Good Faith Defense**

The good faith of the defendant is a complete defense to the charge in Counts 1 and 2 of the indictment because good faith on the part of the defendant is, simply, inconsistent with a finding of knowingly making a false statement in connection with the acquisition of a firearm.

A person who acts on a belief or an opinion honestly held is not punishable under this statute merely because the belief or opinion turns out to be inaccurate, incorrect, or wrong. An honest mistake in judgment or an error in management does not rise to the level of the knowledge required by the statute.

This law is intended to subject to criminal punishment only those people who knowingly attempt to deceive. While the term good faith has no precise definition, it means, among other things, a belief or opinion honestly held, an absence of malice or ill will, and an intention to comply with known legal duties.

In determining whether or not the government has proven that the defendant acted in good faith or acted knowingly in making a false statement with respect to information required to be kept by a firearms dealer, the jury must consider all of the evidence in the case bearing on the defendant's state of mind.

The burden of proving good faith does not rest with the defendant because the defendant does not have an obligation to prove anything in this case. It is the government's burden to prove to you, beyond a reasonable doubt, that the defendant acted knowingly in making a false statement with respect to information required to be kept by a firearms dealer.

If the evidence in the case leaves the jury with a reasonable doubt as to whether the defendant acted in good faith, the jury must acquit him.

APPROVED ______________

DENIED ______________

MODIFIED ______________

SOURCE: O'Malley, Grenig & Lee, Federal Jury Practice and Instructions § 40:16 (6th Ed. 2009) (as modified)