THOMAS M. HOIDAL
Law Office of Thomas M. Hoidal, P.L.C.
7227 N. 16th St., Suite 222
Phoenix, AZ  85020-5257
thoidal@hoidallawoffice.com
State Bar No. 007194
Telephone: (602) 254-0202
Facsimile:  (602) 254-0404

Attorney for Defendant JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>v.<br>Timothy Russell Johnson,<br><br>  Defendant. | Case No. **CR10-00379-001-PHX-SRB**<br><br>**DEFENDANT JOHNSON'S REQUESTED SUPPLEMENTAL JURY INSTRUCTION** |

   Defendant Timothy Russell Johnson, by and through his counsel, Thomas M. Hoidal, respectfully requests that the Court give the following supplemental proposed jury instruction in addition to the Court's standard instructions.

   RESPECTFULLY SUBMITTED this   10th   day of February, 2011.

                                      Law Office of Thomas M. Hoidal, P.L.C.


                                      s/ Thomas M. Hoidal
                                      THOMAS M. HOIDAL
                                      Attorney for Defendant JOHNSON

1  I hereby certify that on ___February 10, 2011___, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

    Tracy Lyn Van Buskirk    tracy.van.buskirk@usdoj.gov

    David Lee Titterington    Lee_Titterington@fd.org

A copy of the foregoing
hand-delivered this same date to:

    Timothy Johnson
    *Defendant*

s/ Thomas M. Hoidal

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. 7**

**Impeachment by Prior Perjury**

It has been shown that Miguel Pedroza, one of the witnesses for the government, lied under oath on an earlier occasion. A person who lies when he was sworn to tell the truth is guilty of perjury.

Whether Miguel Pedroza is telling the truth in this trial is for you to decide. But the fact that he lied under oath on an earlier occasion should make you cautious about believing him now.

APPROVED _____

DENIED     _____

MODIFIED  _____

SOURCE:   Pattern Criminal Jury Instructions 29, Federal Judicial Center (1988)